| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Barbadoro, Paul J | 2. Court or Organization<br><br>District of New Hampshire | 3. Date of Report<br><br>5/15/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Chief Judge (Active) | 5. ReportType (check appropriate type)<br><br>○ Nomination,  Date  9/9/1992<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>Warren B. Rudman U.S. Courthou<br>55 Pleasant St. Room 409<br>Concord, New Hampshire 03301 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | New England College |
| 2. | 2003 | Currier Gallery of Art |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbadoro, Paul J | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Checking-Merrimack County Savings Bank | A | Interest | J | T | | | | | |
| 2. *IRA CD-First Union Bank | A | Interest | J | T | Sale | 4/1 | J | A | |
| 3. *Employee Pension Plan-Great American Life Ins. Co. | A | Interest | J | T | None | | | | |
| 4. Savings-Merrimack County Savings Bank | A | Interest | J | T | | | | | |
| 5. *T.Rowe Price Capital Appreciation Fund | A | Dividend | K | T | None | | | | |
| 6. *T. Rowe Price European Fund | A | Dividend | K | T | None | | | | |
| 7. *Fidelity Stock Selector Fund | A | Dividend | K | T | Partial Sale | 12/1 | J | A | |
| 8. *IRA Fidelity Contra Fund | A | Dividend | L | T | None | | | | |
| 9. *IRA Fidelity Growth & Income Fund | A | Dividend | L | T | None | | | | |
| 10. *IRA Fidelity Blue Chip Growth | A | Dividend | L | T | None | | | | |
| 11. *IRA Fidelity Aggressive Growth Fund | A | Dividend | K | T | | | | | |
| 12. *Brandywine Fund, Inc.-Firstar Trust Company | A | None | K | T | | | | | |
| 13. *Keough-Citizen's Bank | A | Interest | J | T | Sale | 4/1 | J | A | |
| 14. *Fidelity Unique College Investment Plan (Fund A) | A | Dividend | K | T | Buy | 1/5 | J | | |
| 15. *Fidelity Unique College Investment Plan (Fund B) | A | Dividend | K | T | Buy | 1/20 | J | | |
| 16. *IRA Fidelity Diversified International | A | Dividend | K | T | None | | | | |
| 17. *TIAA CREF Stock Fund | A | None | J | T | Buy | 1/15 | J | | |
| 18. *TIAA CREF Global Fund | A | None | J | T | Buy | 1/15 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barbadoro, Paul J | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. *TIAA CREF Growth Fund | A | None | J | T | Buy | 1/15 | J | | |
| 20. *TIAA Equity Index Fund | A | None | J | T | Buy | 1/15 | J | | |
| 21. *IRA Fidelity Low Price Stock | A | Dividend | K | T | None | | | | |
| 22. *IRA Fidelity Cash Reserves (Account A) | A | Interest | J | T | Buy | 4/1 | J | | |
| 23. *IRA Fidelity - Pfizer | A | None | J | T | Buy | 4/7 | J | | |
| 24. *IRA Fidelity - TEVA | A | None | J | T | Buy | 4/7 | J | | |
| 25. *IRA Fidelity Cash Reserves (Account B) | A | Interest | J | T | Buy | 4/1 | J | | |
| 26. Trust (A) Real Estate     Cape Coral, Florida | B | Rent | K | W | X | | | | |
| 27. Trust (A) Middlesex Savings Bank | A | Interest | J | T | X | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

SECTION VII. INVESTMENTS AND TRUSTS

1. IRA CD-First Union Bank. I made no new investments to the account other than to reinvest interest.

2. Employee Pension Plan - Great American Life Ins. Co. My ▉ made no new investments to the account other than to reinvest interest.

3. T. Rowe Price. I reinvested all dividends in T. Rowe Price Funds.

4. Fidelity Investments. I reinvested all dividends.

5. IRA-Fidelity. I reinvested all dividends and interest.

6. Brandywine Fund, Inc., Firstar Trust Company. I made no new investments to the account other than to reinvest dividends.

7. Keough-Citizen's Bank. My ▉ made no new investments to the account other than to reinvest interest.

8. Fidelity Unique College Investment Plan (Fund A). I invested $700 each month on or about the 5th of each month. I also reinvested all dividends.

9. Fidelity Unique College Investment Plan (Fund B). My ▉ invested $700 each month on or about the 20th of each month. She reinvested all dividends.

10. TIAA CREF Stock Fund. My ▉ contributed approximately $35.00 per month beginning in January and her employer matched her contribution each month.

11. TIAA CREF Global Fund. My ▉ contributed approximately $25.00 per month beginning in January and her employer matched her contribution each month.

12. TIAA CREF Growth Fund. My ▉ contributed approximately $35.00 per month beginning in January and her employer matched her contribution each month.

13. TIAA Equity Index Fund. My ▉ contributed approximately $25.00 per month beginning in January and her employer matched her contribution each month.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date __5-10-04__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544